UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MARIA QUINTERO,  ) | Case No. CV 06-7985-CAS(RC) |
| ) | |
| Petitioner,  ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| vs.  ) | MAGISTRATE JUDGE |
| ) | |
| JAMES E. TILTON, Secretary,  ) | |
| California Department of  ) | |
| Corrections and Rehabilitation;) | |
| DEBRA JACQUEZ, Warden, Central ) | |
| California Women's Facility,  ) | |
| State of California Department ) | |
| of Corrections,  ) | |
| ) | |
| Respondents.  ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and

1 | dismissing the action with prejudice.

3 | IT IS FURTHER ORDERED that the Clerk shall serve petitioner by United States Mail with copies of this Order, the Judgment and the Magistrate Judge's Report and Recommendation.

DATED: November 26, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

R&Rs\06-7985.ado
10/21/08