UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MARIA QUINTERO,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>JAMES E. TILTON, Secretary, California Department of Corrections and Rehabilitation; DEBRA JACQUEZ, Warden, Central California Women's Facility, State of California Department of Corrections,<br><br>　　　　　Respondents. | ) Case No. CV 06-7985-CAS(RC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: November 26, 2008

　　　　　　　　　　　　　　　　　　/s/ Christina A. Snyder
　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R\06-7985.jud
10/20/08